IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDULHAKIM SALEH ALI YAFAI,   No. C-08-05715 EDL

    Plaintiff,   **ORDER EXTENDING CASE MANAGEMENT DEADLINES**

  v.

AMTRAK,

    Defendant.
_____/

On February 27, 2009, the Court granted Plaintiff's Motion for Extension of Time to File Amended Complaint, ordering Plaintiff to file the amended complaint no later than March 27, 2009. On March 2, 2009, Defendant sent a letter to the Court requesting extension of other case management deadlines in light of the Order Granting Plaintiff's Motion for Extension of Time. Good cause appearing, the Court extends the following case management deadlines:

1. The parties shall file their Stipulation to ADR Process no later than April 3, 2009.
2. The parties shall file their Joint Case Management Conference Statement no later than April 17, 2009.
3. The Court will hold a Case Management Conference on April 24, 2009.
4. The parties shall make initial disclosures no later than April 24, 2009.

**IT IS SO ORDERED.**

Dated: March 4, 2009

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge